## WILLIAM FROST agt. MOSES WHITCOMB.

A defendant will be allowed to add to his pleas a notice of *offset and recoupment,* after issue joined, and the cause has been twice noticed for hearing, on payment of costs, subsequent to the issue of costs of opposing motion.

*June Term,* 1846.

MOTION by defendant for leave to add to his pleas a notice of offset and recoupment.

This was an action for work and labor, done on special contract (in writing), to build a steam engine. Issue was joined September 4th, 1845. The cause was referred, but no hearing. The contract provided that the engine should be ready by the 8th of October, 1844, and $25 was to be paid by plaintiff, as liquidated damages for each and every day that the engine remained unfinished after that day. Defendant, in June, 1845, commenced a suit against the plaintiff, to recover damages under the contract; but, finding the plaintiff to be insolvent a few days previous to this motion, countermanded his suit, and asked now to give notice of recoupment. De

fendant offered to pay costs of the motion, if the plaintiff would consent to receive such notice. Plaintiff stated that the cause had been twice noticed for hearing, before the order staying proceedings was served.

G. R. J. BOWDOIN, *defendant's counsel.*

M. G. HARRINGTON, *defendant's attorney.*

R. W. PECKHAM, *plaintiff's counsel.*

J. T. MILLS, *plaintiff's attorney.*

JEWETT, Justice. Granted the motion on payment of costs subsequent to joining issue, and $7 costs of opposing motion.